UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 13-CV-62709-RNS

WILLIAM CANNON,

    Plaintiff,

vs.

BAKER CONCRETE CONSTRUCTION, INC.,

    Defendant.
_____/

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, hereby submit this Joint Status Report in response to this Court's Order, dated March 26, 2014 [Doc. No. 18], and state:

1. The parties are currently negotiating a potential resolution that would result in dismissal with prejudice of this matter. The parties have selected Marlene Quintana, Esq. as mediator but do not believe at this stage that her services will be necessary. If the parties are unsuccessful, they will immediately submit a proposed order to the Court scheduling mediation in this matter within the Court's time-frame identified in the Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| s/James M. Loren | s/James W. Seegers |
| James M. Loren, Esq. | M. Scott McIntyre |
| Florida Bar No.: 55409 | Ohio Bar No.: 0075298 |
| E-Mail: JLoren@Lorenlaw.com | E-Mail: smcintyre@bakerlaw.com |
| Loren Law Group | BAKER & HOSTETLER LLP |
| 100 S. Pine Island Road, Suite 132 | 312 Walnut Street, Suite 3200 |
| Plantation, FL 33324 | Cincinnati, Ohio 45202-4074 |
| Telephone: 954-585-4878 | Telephone: 513-929-3400 |
| Facsimile: 954-585-4886 | Facsimile: 513-929-0303 |
| ATTORNEY FOR PLAINTIFF | |

- and -

        James W. Seegers, Esq.
        Florida Bar No. 122531
        BAKER & HOSTETLER LLP
        Sun Trust Center, Suite 2300
        200 South Orange Avenue
        Orlando, Florida 32801-3432
        Telephone:  407-649-4000
        Facsimile:   407-841-0168
        E-Mail:  jseegers@bakerlaw.com
        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

James M. Loren, Esquire
Loren Law Group
100 S. Pine Island Road, Suite 132
Plantation, FL 33324
E-Mail: JLoren@Lorenlaw.com
ATTORNEY FOR PLAINTIFF

        s/James W. Seegers
        James W. Seegers

603584632.1